IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

VS.

DEVONTE JAMAL GLIVENS

NO. 5:24-CR-00059-001 (MTT)

## ORDER

The within and foregoing PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE, having been considered by the Court, is ORDERED filed. It is further ORDERED AND DIRECTED that:

☒ the Clerk shall issue a SUMMONS directing the defendant to appear before the Court and answer said allegations.
-or-
☐ the Clerk shall issue a BENCH WARRANT directing that the defendant be brought before the Court to answer said allegations.

SO ORDERED AND DIRECTED, this 21st day of July, 2025.

_____
CHARLES H. WEIGLE
U.S. MAGISTRATE JUDGE